UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD SIMS,

    Plaintiff,

    v.

HITACHI CONSTRUCTION TRUCK
MANUFACTURING, LTD.,

    Defendant/Third-Party Plaintiff/Third-Party Counterdefendant,

    v.

PEABODY MIDWEST MINING, LLC,

    Third-Party Defendant/Third-Party Counterclaimant.

Case No. 09-cv-734-JPG-DGW

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   July 23, 2012

                **NANCY ROSENSTENGEL, Clerk of Court**

                **BY:s/Deborah Agans, Deputy Clerk**

**APPROVED:**   *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **U. S. DISTRICT JUDGE**